Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                Case No.:  19−16820−CMG
                Chapter:  13
                Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    John Kievit
    aka John J. Kievit, Jr., aka John J. Kievit,
    dba JJK LLC
    1029 Midship Ave
    Manahawkin, NJ 08050−2339

Social Security No.:
    xxx−xx−2140

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

    NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Christine M. Gravelle on:

Date:      9/4/19
Time:     12:00 PM
Location:  Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

    The following applications for compensation have been filed:

APPLICANT(S)
Daniel E. Straffi, Debtor's Attorney

COMMISSION OR FEES
fee: $2,380.00

EXPENSES
expenses: $0.00

If this is a chapter 13 case, the fees and expenses awarded:

      ☑    will not reduce the amount to be paid to general unsecured
             creditors under the plan.

      ☐    will reduce the amount to be paid to general unsecured
             creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

    An appearance is not required on an application for compensation unless an objection is filed.

Dated: August 5, 2019
JAN:

                                                                                 Jeanne Naughton
                                                                                Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 19-16820-CMG
John Kievit                                                           Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3            User: admin            Page 1 of 2            Date Rcvd: Aug 05, 2019
                                Form ID: 137           Total Noticed: 55

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 07, 2019.
```
db              John Kievit,    1029 Midship Ave,    Manahawkin, NJ 08050-2339
aty            +Phelan, Hallinan, Diamond & Jones,    400 Fellowship Rd Suite 100,    Mt. Laurel, NJ 08054-3437
cr             +American Choice Railings & Fencing,    5005 Belmar Blvd.,    Unit A-1,    Wall, NJ 07727-4019
cr             +OCWEN LOAN SERVICING LLC,    Phelan Hallinan &Schmieg, PC,    1617 JFK Boulevard,    Suite 1400,
                 Philadelphia, PA 19103-1814
cr             +Santander Consumer USA Inc. dba Chrysler Capital a,    PO Box 961278,    Ft. Worth, TX 76161-0278
518162126     ++AMERICAN HONDA FINANCE,    P O BOX 168088,    IRVING TX 75016-8088
                (address filed with court: American Honda Finance,      1220 Old Alpharetta Rd,
                 Alpharetta, GA 30005-3968)
518162124       American Choice Railing,    5005 Belmar Blvd,    Wall Township, NJ 07727-4018
518162131     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                (address filed with court: Bank of America,     Attn: Bankruptcy,    PO Box 982238,
                 El Paso, TX 79998-2238)
518162130       Bank of America,    4909 Savarese Cir,    Tampa, FL 33634-2413
518190190      +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
518193434      +CCAP Auto Lease Ltd.,    P.O. BOX 961275,    FORT WORTH, TX 76161-0275
518162135       Chrysler Capital,    1010 W Mockingbird Ln,    Dallas, TX 75247-5128
518162136      +Citibank, NA,    701 E. 60 Street N,    Sioux Falls, SD 57104-0493
518163010       Donna Kievit,    1029 Midship Ave,    Manahawkin, NJ 08050-2339
518275218      +Harley-Davidson Credit Corp.,    PO Box 9013,    Addison, Texas 75001-9013
518162139      +Health Village Imaging, LLC,    1301 Route 72 West, Suite 100,    Manahawkin, NJ 08050-2483
518162142       Kia Motors Finance,    4000 Macarthur Blvd Ste,    Newport Beach, CA 92660-2558
518162141       Kia Motors Finance,    PO Box 20825,    Fountain Valley, CA 92728-0825
518162145       Phelan, Hallinan, Diamond & Jones,    400 Fellowship Rd,    Mount Laurel, NJ 08054-3437
518162147       Quality Asset Recovery,    7 Foster Ave Ste 101,    Gibbsboro, NJ 08026-1191
518162148       Santander Bank,    Mail Code: MA1-MB3-01-21,    2 William T Morrissey Blvd,
                 Boston, MA 02125-3312
518162149       Santander Bank NA,    450 Penn St,    Reading, PA 19602-1011
518191054      +Santander Bank, N.A.,    450 Penn Street,    MC 10-421-MC3,    Reading, PA 19602-1011
518162150       Santander Consumer USA,    5201 Rufe Snow Dr Ste 400,    North Richland Hills, TX 76180-6036
518162155       Td Rcs/Littman Jeweler,    1000 Macarthur Blvd,    Mahwah, NJ 07430-2035
518162156       Td Retail Card Services,    Attn: Bankruptcy,    1000 Macarthur Blvd,    Mahwah, NJ 07430-2035
518188765      +VNB Loan Services Inc.,    POB 1015,    Spring Valley, NY 10977-0815
518162157      +Valley National Bank,    1460 Valley Rd,    Wayne, NJ 07470-8494
518272207       Wells Fargo Bank, N.A.,    PO Box 10438, MAC F8235-02F,    Des Moines, IA 50306-0438
518162160       Wf/fmg,    PO Box 14517,    Des Moines, IA 50306-3517
518162159       Wf/fmg,    Attn: Bankruptcy,    PO Box 51193,    Los Angeles, CA 90051-5493
518162161       Wffnatbank,    PO Box 94498,    Las Vegas, NV 89193-4498
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Aug 05 2019 23:33:50      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 05 2019 23:33:48      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
lm             +Fax: 407-737-5634 Aug 06 2019 00:03:19      Ocwen Loan Servicing, LLC,    1661 Worthington Road,
                 Suite 100,    West Palm Beach, FL 33409-6493
518162125       E-mail/Text: ebnbankruptcy@ahm.honda.com Aug 05 2019 23:33:58      American Honda Finance,
                 Attn: Bankruptcy,    PO Box 168088,    Irving, TX 75016-8088
518162122       E-mail/Text: ally@ebn.phinsolutions.com Aug 05 2019 23:30:24      Ally Financial,
                 Attn: Bankruptcy,    PO Box 380901,    Bloomington, MN 55438-0901
518162123       E-mail/Text: ally@ebn.phinsolutions.com Aug 05 2019 23:30:24      Ally Financial,
                 200 Renaissance Ctr,    Detroit, MI 48243-1300
518162127       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 05 2019 23:50:48      American Infosource, Inc.,
                 4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
518162133       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 05 2019 23:40:02      Capital One,
                 15000 Capital One Dr,    Richmond, VA 23238-1119
518162134       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 05 2019 23:40:02      Capital One,
                 Attn: General Correspondence/Bankruptcy,    PO Box 30285,    Salt Lake City, UT 84130-0285
518162137       E-mail/Text: bankruptcy.notices@hdfsi.com Aug 05 2019 23:34:13      Esb/Harley Davidson Cr,
                 PO Box 21829,    Carson City, NV 89721-1829
518162138       E-mail/Text: bankruptcy.notices@hdfsi.com Aug 05 2019 23:34:13      Harley Davidson Financial,
                 Attention: Bankruptcy,    PO Box 22048,    Carson City, NV 89721-2048
518162143      +Fax: 407-737-5634 Aug 06 2019 00:03:19      Ocwen Loan,    1661 Worthington Rd,
                 West Palm Beach, FL 33409-6493
518162144       Fax: 407-737-5634 Aug 06 2019 00:03:19      Ocwen Loan Servicing, LLC,
                 Attn: Research/Bankruptcy,    1661 Worthington Rd Ste 100,    West Palm Beach, FL 33409-6493
518297546       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 05 2019 23:39:44
                 Portfolio Recovery Associates, LLC,    c/o Sleepys,    POB 41067,    Norfolk VA 23541
518294416       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 05 2019 23:39:29
                 Portfolio Recovery Associates, LLC,    c/o The Home Depot,    POB 41067,    Norfolk VA 23541
518162146       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 05 2019 23:40:04
                 Portfolio Recov Assoc,    120 Corporate Blvd Ste 100,    Norfolk, VA 23502-4952
518162151      +E-mail/PDF: gecsedi@recoverycorp.com Aug 05 2019 23:39:56      Syncb/banana Rep,    Po Box 965005,
                 Orlando, FL 32896-5005
```

```
District/off: 0312-3          User: admin              Page 2 of 2                   Date Rcvd: Aug 05, 2019
                              Form ID: 137             Total Noticed: 55


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
518162152       E-mail/PDF: gecsedi@recoverycorp.com Aug 05 2019 23:39:56      Syncb/sleepys,    C/o,
                 PO Box 965036,    Orlando, FL  32896-5036
518162153       E-mail/PDF: gecsedi@recoverycorp.com Aug 05 2019 23:39:38      Synchrony Bank,    PO Box 530948,
                 Atlanta, GA  30353-0948
518163708      +E-mail/PDF: gecsedi@recoverycorp.com Aug 05 2019 23:39:24      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
518162154       E-mail/PDF: gecsedi@recoverycorp.com Aug 05 2019 23:39:56      Synchrony Bank/Hh Gregg,
                 Attn: Bankruptcy,    PO Box 965060,    Orlando, FL  32896-5060
518162158      +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Aug 05 2019 23:30:17
                 Verizon,    500 Technology Dr Ste 30,    Weldon Spring, MO 63304-2225
518281704      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 05 2019 23:50:48      Verizon,
                 by American InfoSource as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                              TOTAL: 23

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518162129*     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                 (address filed with court: Bank of America,     PO Box 982238,    El Paso, TX  79998-2238)
518162132*     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                 (address filed with court: Bankamerica,    PO Box 982238,    El Paso, TX  79998-2238)
518162128     ##Bank of America,    NC4-105-03-14,    PO Box 26012,    Greensboro, NC  27420-6012
518162140     ##+Institute of Orthopaedic Surgery,    249 S Main St Ste 5,    Barnegat, NJ 08005-2369
                                                                                      TOTALS: 0, * 2, ## 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 07, 2019                             Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 3, 2019 at the address(es) listed below:
              Albert   Russo    docs@russotrustee.com
              Aleisha Candace Jennings    on behalf of Creditor    OCWEN LOAN SERVICING LLC ajennings@rasflaw.com
              Daniel E. Straffi    on behalf of Debtor John  Kievit bkclient@straffilaw.com,
               G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com
              Denise E. Carlon    on behalf of Creditor    Harley-Davidson dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Harold N. Kaplan    on behalf of Creditor    OCWEN LOAN SERVICING LLC hkaplan@rasnj.com,
               informationathnk@aol.com
              John R. Morton, Jr.    on behalf of Creditor    Santander Consumer USA Inc. dba Chrysler Capital as
               servicer for CCAP Auto Lease Ltd. ecfmail@mortoncraig.com,    mortoncraigecf@gmail.com
              Kevin Gordon McDonald    on behalf of Creditor    Harley-Davidson kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Mark  Kriegel    on behalf of Creditor    American Choice Railings & Fencing mkriegel@kriegellaw.com
              Nicholas V. Rogers    on behalf of Creditor    OCWEN LOAN SERVICING LLC nj.bkecf@fedphe.com
              Robert  Davidow    on behalf of Creditor    OCWEN LOAN SERVICING LLC nj.bkecf@fedphe.com
              Sindi  Mncina    on behalf of Creditor    OCWEN LOAN SERVICING LLC smncina@rascrane.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 12
```