UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-1(b)

Denise Carlon, Esquire
KML Law Group, P.C.
216 Haddon Avenue, Suite 406
Westmont, NJ 08108
Main Phone: 609-250-0700
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
Harley-Davidson Credit Corp



Order Filed on August 19, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:
    John Kievit

Debtor.

Case No.: 19-16820 CMG

Adv. No.:

Hearing Date: 8/7/19 @ 9:00 a.m..

Judge: Christine M. Gravelle

### ORDER CURING POST-PETITION ARREARS & RESOLVING MOTION FOR RELIEF FROM STAY

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED.**

**DATED: August 19, 2019**

*Christine M. Gravelle*
Honorable Christine M. Gravelle
United States Bankruptcy Judge

**(Page 2)**
Debtors:   John Kievit
Case No:  19-16820 CMG
Caption of Order:  ORDER CURING POST-PETITION ARREARS AND RESOLVING MOTION FOR RELIEF FROM STAY
_____

  This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, Harley-Davidson Credit Corp, Denise Carlon appearing, upon a motion to vacate the automatic stay as to 2014 Harley-Davidson FLHX Street Glide, VIN: 1HD1KBM13EB604617, and it appearing that notice of said motion was properly served upon all parties concerned, and this Court having considered the representations of attorneys for Secured Creditor and Daniel E. Straffi, Esquire, attorney for Debtor, and for good cause having been shown

  It is **ORDERED, ADJUDGED and DECREED** that as of August 6, 2019, Debtor is due for the April 2019 – July 2019 post-petition payments for a total post-petition default of $1,259.96; and

  It is **ORDERED, ADJUDGED and DECREED** that Debtor shall make an immediate payment of $1,259.96 to be received no later than August 31, 2019; and

  It is further **ORDERED, ADJUDGED and DECREED** that regular payments are to resume August 13, 2019, directly to Secured Creditor's servicer, Harley-Davidson Credit Corp, Dept 15129, Palatine, Illinois 60055-5129; and

  It is further **ORDERED, ADJUDGED and DECREED** that for the Duration of Debtor's Chapter 13 bankruptcy proceeding, if any of the cure payments or regular monthly payments are not made within thirty (30) days of the date said payment is due, Secured Creditor may obtain an Order Vacating Automatic Stay as to Real Property by submitting a Certification of Default to the Court indicating such payment is more than thirty days late, and Debtor shall have fourteen days to respond; and

  It is further **ORDERED, ADJUDGED and DECREED** that a copy of any such application, supporting certification, and proposed Order must be served on the Trustee, Debtor, and Debtor's counsel at the time of submission to the Court; and

  It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor is hereby awarded reimbursement of fees and costs in the sum of $350.00 for attorneys' fees and $181.00 for filing fees, totaling $531.00, which is to be paid through Debtor's Chapter 13 plan and the motion is hereby resolved.

United States Bankruptcy Court
District of New Jersey

In re:  
John Kievit  
    Debtor

Case No. 19-16820-CMG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 1      Date Rcvd: Aug 19, 2019  
                      Form ID: pdf903      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 21, 2019.  
db         John Kievit,    1029 Midship Ave,    Manahawkin, NJ   08050-2339

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                              TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                         TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 21, 2019                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 19, 2019 at the address(es) listed below:

        Albert    Russo     docs@russotrustee.com  
        Aleisha Candace Jennings     on behalf of Creditor     OCWEN LOAN SERVICING LLC ajennings@rasflaw.com  
        Daniel E. Straffi     on behalf of Debtor John    Kievit bkclient@straffilaw.com,  
    G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com  
        Denise E. Carlon     on behalf of Creditor     Harley-Davidson dcarlon@kmllawgroup.com,  
    bkgroup@kmllawgroup.com  
        Harold N. Kaplan     on behalf of Creditor     OCWEN LOAN SERVICING LLC hkaplan@rasnj.com,  
    informationathnk@aol.com  
        John R. Morton, Jr.     on behalf of Creditor     Santander Consumer USA Inc. dba Chrvsler Capital as  
     servicer for CCAP Auto Lease Ltd. ecfmail@mortoncraig.com,    mortoncraigecf@gmail.com  
        Kevin Gordon McDonald     on behalf of Creditor     Harley-Davidson kmcdonald@kmllawgroup.com,  
    bkgroup@kmllawgroup.com  
        Mark    Kriegel     on behalf of Creditor     American Choice Railings & Fencing mkriegel@kriegellaw.com  
        Nicholas V. Rogers     on behalf of Creditor     OCWEN LOAN SERVICING LLC nj.bkecf@fedphe.com  
        Robert    Davidow     on behalf of Creditor     OCWEN LOAN SERVICING LLC nj.bkecf@fedphe.com  
        Sindi    Mncina     on behalf of Creditor     OCWEN LOAN SERVICING LLC smncina@rascrane.com  
        U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                 TOTAL: 12