UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**
49534
Morton & Craig LLC
John R. Morton, Jr., Esq.
110 Marter Avenue
Suite 301
Moorestown, NJ 08057
856-866-0100
Attorney for Santander Consumer USA Inc. dba Chrysler Capital as servicer for CCAP Auto Lease Ltd

Order Filed on September 19, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

JOHN KIEVIT

Case No.: 19-16820

Adv. No.:

Hearing Date: 9-4-19

Judge: CMG

# ORDER FOR MONTHLY PAYMENTS AND STAY RELIEF UNDER CERTAIN CIRCUMSTANCES

The relief set forth on the following pages, numbered two (2) and (3) is hereby **ORDERED**.

**DATED: September 19, 2019**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

**John Kievit**
**19-16820(CMG)**
**Order Providing for Monthly Payments for Stay Relief under Certain Circumstances**
**Page 2**

This matter having been brought on before this Court on motion for stay relief and co-debtor stay relief filed by John R. Morton, Jr., Esq, attorney for Santander Consumer USA Inc. dba Chrysler Capital as servicer for CCAP Auto Lease Ltd, with the appearance of Daniel Straffi, Esq. on behalf of the debtor, and this order having been filed with the Court and served upon the debtor, his attorney and the non-filing co-debtor, Donna Kievit under the seven day rule with no objections having been received as to the form or entry of the order, and for good cause shown;

IT IS ORDERED:

1. That Santander Consumer USA Inc. dba Chrysler Capital is the servicer for CCAP Auto Lease Ltd., the owner and lessor of a 2018 Jeep Compass bearing vehicle identification number 3C4NJDBB1JT185429 (hereinafter the "vehicle"), which vehicle is leased by the debtor.

2. **Curing Post-petition Arrears:** The debtor shall cure all post-petition arrears on the lease so that the lease is current through and including the 9-16-19 payment by 9-18-19. <u>If the debtor fails to cure post-petition arrears by 9-18-19, Santander Consumer USA Inc. dba Chrysler Capital as servicer for CCAP Auto Lease Ltd shall receive immediate stay relief and co-debtor stay relief to repossess and sell the vehicle without any application to the court or notice to the debtor, his attorney or the non-filing co-debtor, Donna Kievit.</u>

3. After curing arrears, the debtor shall make all lease payments to Santander Consumer USA Inc. dba Chrysler Capital as servicer for CCAP Auto Lease Ltd when due, being the 16th day of each month. In the event the debtor fails to make any payment for a period of 30 days after it falls due, Santander Consumer USA Inc. dba Chrysler Capital as servicer for CCAP Auto Lease Ltd shall receive stay relief and co-debtor stay relief to repossess and sell the vehicle by filing a certification of nonpayment and serving it upon the debtor, his attorney and the non-filing co-debtor, Donna Kievit.

4. The debtor shall maintain insurance on the vehicle in accordance with the terms of the lease. In the event of a lapse of insurance for any period of time without intervening coverage, Santander Consumer USA Inc. dba Chrysler Capital as servicer for CCAP Auto Lease Ltd shall receive stay relief and co-debtor stay relief to repossess and sell the vehicle by filing a certification that insurance has lapsed with the court and serving it upon the debtor, his attorney and the non-filing co-debtor, Donna Kievit.

5. The debtors shall pay to Santander Consumer USA Inc. dba Chrysler Capital as servicer for CCAP Auto Lease Ltd through the plan, a counsel fee of $431 which shall be paid by the trustee as an administrative priority expense.

**John Kievit**
**19-16820(CMG)**
**Order Providing for Monthly Payments for Stay Relief under Certain Circumstances**
**Page 3**

6. At the end of the lease, if the debtor has not immediately purchased the vehicle in accordance with the lease end purchase option, Santander Consumer USA Inc. dba Chrysler Capital as servicer for CCAP Auto Lease Ltd <u>shall receive immediate stay relief and co-debtor stay relief without any application to the Court or notice to the debtor, his attorney or the non-filing co-debtor, Donna Kievit and shall be permitted to immediately repossess and sell the vehicle.</u>