**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Caption in Compliance with D.N.J. LBR 9004-2(c)**
49534
Morton & Craig LLC
John R. Morton, Jr., Esq.
110 Marter Avenue
Suite 301
Moorestown, NJ 08057
856-866-0100
Attorney for Santander Consumer USA Inc. dba Chrysler Capital as servicer for CCAP Auto Lease Ltd

**Order Filed on September 19, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

JOHN KIEVIT

Case No.: 19-16820

Adv. No.:

Hearing Date: 9-4-19

Judge: CMG

## ORDER FOR MONTHLY PAYMENTS AND STAY RELIEF UNDER CERTAIN CIRCUMSTANCES

The relief set forth on the following pages, numbered two (2) and (3) is hereby **ORDERED**.

**DATED: September 19, 2019**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

John Kievit
19-16820(CMG)
Order Providing for Monthly Payments for Stay Relief under Certain Circumstances
Page 2

This matter having been brought on before this Court on motion for stay relief and co-debtor stay relief filed by John R. Morton, Jr., Esq, attorney for Santander Consumer USA Inc. dba Chrysler Capital as servicer for CCAP Auto Lease Ltd, with the appearance of Daniel Straffi, Esq. on behalf of the debtor, and this order having been filed with the Court and served upon the debtor, his attorney and the non-filing co-debtor, Donna Kievit under the seven day rule with no objections having been received as to the form or entry of the order, and for good cause shown;

IT IS ORDERED:

1. That Santander Consumer USA Inc. dba Chrysler Capital is the servicer for CCAP Auto Lease Ltd., the owner and lessor of a 2018 Jeep Compass bearing vehicle identification number 3C4NJDBB1JT185429 (hereinafter the "vehicle"), which vehicle is leased by the debtor.

2. **Curing Post-petition Arrears:** The debtor shall cure all post-petition arrears on the lease so that the lease is current through and including the 9-16-19 payment by 9-18-19. <u>If the debtor fails to cure post-petition arrears by 9-18-19, Santander Consumer USA Inc. dba Chrysler Capital as servicer for CCAP Auto Lease Ltd shall receive immediate stay relief and co-debtor stay relief to repossess and sell the vehicle without any application to the court or notice to the debtor, his attorney or the non-filing co-debtor, Donna Kievit.</u>

3. After curing arrears, the debtor shall make all lease payments to Santander Consumer USA Inc. dba Chrysler Capital as servicer for CCAP Auto Lease Ltd when due, being the 16th day of each month. In the event the debtor fails to make any payment for a period of 30 days after it falls due, Santander Consumer USA Inc. dba Chrysler Capital as servicer for CCAP Auto Lease Ltd shall receive stay relief and co-debtor stay relief to repossess and sell the vehicle by filing a certification of nonpayment and serving it upon the debtor, his attorney and the non-filing co-debtor, Donna Kievit.

4. The debtor shall maintain insurance on the vehicle in accordance with the terms of the lease. In the event of a lapse of insurance for any period of time without intervening coverage, Santander Consumer USA Inc. dba Chrysler Capital as servicer for CCAP Auto Lease Ltd shall receive stay relief and co-debtor stay relief to repossess and sell the vehicle by filing a certification that insurance has lapsed with the court and serving it upon the debtor, his attorney and the non-filing co-debtor, Donna Kievit.

5. The debtors shall pay to Santander Consumer USA Inc. dba Chrysler Capital as servicer for CCAP Auto Lease Ltd through the plan, a counsel fee of $431 which shall be paid by the trustee as an administrative priority expense.

**John Kievit**
**19-16820(CMG)**
**Order Providing for Monthly Payments for Stay Relief under Certain Circumstances**
**Page 3**

6. At the end of the lease, if the debtor has not immediately purchased the vehicle in accordance with the lease end purchase option, Santander Consumer USA Inc. dba Chrysler Capital as servicer for CCAP Auto Lease Ltd <u>shall receive immediate stay relief and co-debtor stay relief without any application to the Court or notice to the debtor, his attorney or the non-filing co-debtor, Donna Kievit and shall be permitted to immediately repossess and sell the vehicle.</u>

United States Bankruptcy Court
District of New Jersey

In re:  
John Kievit  
    Debtor

Case No. 19-16820-CMG  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 1    Date Rcvd: Sep 20, 2019  
                      Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 22, 2019.  
db         John Kievit,   1029 Midship Ave,   Manahawkin, NJ 08050-2339

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                  TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                            TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 22, 2019                                                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 20, 2019 at the address(es) listed below:
          Albert Russo   docs@russotrustee.com
          Aleisha Candace Jennings   on behalf of Creditor    OCWEN LOAN SERVICING LLC ajennings@rasflaw.com
          Daniel E. Straffi   on behalf of Debtor John Kievit bkclient@straffilaw.com,
    G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com
          Denise E. Carlon   on behalf of Creditor   Harley-Davidson dcarlon@kmllawgroup.com,
    bkgroup@kmllawgroup.com
          Harold N. Kaplan   on behalf of Creditor   OCWEN LOAN SERVICING LLC hkaplan@rasnj.com,
    informationathnk@aol.com
          John R. Morton, Jr.   on behalf of Creditor   Santander Consumer USA Inc. dba Chrysler Capital as
    servicer for CCAP Auto Lease Ltd. ecfmail@mortoncraig.com, mortoncraigecf@gmail.com
          Kevin Gordon McDonald   on behalf of Creditor   Harley-Davidson kmcdonald@kmllawgroup.com,
    bkgroup@kmllawgroup.com
          Mark Kriegel   on behalf of Creditor   American Choice Railings & Fencing mkriegel@kriegellaw.com
          Nicholas V. Rogers   on behalf of Creditor   OCWEN LOAN SERVICING LLC nj.bkecf@fedphe.com
          Robert Davidow   on behalf of Creditor   OCWEN LOAN SERVICING LLC nj.bkecf@fedphe.com
          Sindi Mncina   on behalf of Creditor   OCWEN LOAN SERVICING LLC smncina@rascrane.com
          U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
                                                                                                                                                                         TOTAL: 12