UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

STRAFFI & STRAFFI, LLC
670 Commons Way
Toms River, NJ 08755
(732) 341-3800
(732) 341-3548 (fax)
bkclient@straffilaw.com
Attorney for Debtor(s)

**Order Filed on September 19, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Kievit, John

Case No.:    19-16820-CMG

Chapter:    13

Judge:    CMG

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: September 19, 2019**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Daniel E. Straffi, Jr._____, the applicant, is allowed a fee of $ _____1050.00_____ for services rendered and expenses in the amount of $_____0.00_____ for a total of $_____1050.00_____ . The allowance is payable:

☒ through the Chapter 13 plan as an administrative priority.

☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____550/750_____ per month for _____8/48_____ months to allow for payment of the above fee.

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:  
John Kievit  
    Debtor

Case No. 19-16820-CMG  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Sep 20, 2019  
                       Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 22, 2019.  
db          John Kievit,    1029 Midship Ave,    Manahawkin, NJ   08050-2339

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                TOTAL: 0

           ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 22, 2019                                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 20, 2019 at the address(es) listed below:

         Albert   Russo    docs@russotrustee.com  
         Aleisha Candace Jennings    on behalf of Creditor     OCWEN LOAN SERVICING LLC ajennings@rasflaw.com  
         Daniel E. Straffi    on behalf of Debtor John   Kievit bkclient@straffilaw.com,  
   G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com  
         Denise E. Carlon    on behalf of Creditor     Harley-Davidson dcarlon@kmllawgroup.com,  
   bkgroup@kmllawgroup.com  
         Harold N. Kaplan    on behalf of Creditor     OCWEN LOAN SERVICING LLC hkaplan@rasnj.com,  
   informationathnk@aol.com  
         John R. Morton, Jr.    on behalf of Creditor     Santander Consumer USA Inc. dba Chrvsler Capital as  
    servicer for CCAP Auto Lease Ltd. ecfmail@mortoncraig.com,    mortoncraigecf@gmail.com  
         Kevin Gordon McDonald    on behalf of Creditor     Harley-Davidson kmcdonald@kmllawgroup.com,  
   bkgroup@kmllawgroup.com  
         Mark   Kriegel    on behalf of Creditor     American Choice Railings & Fencing mkriegel@kriegellaw.com  
         Nicholas V. Rogers    on behalf of Creditor     OCWEN LOAN SERVICING LLC nj.bkecf@fedphe.com  
         Robert   Davidow    on behalf of Creditor     OCWEN LOAN SERVICING LLC nj.bkecf@fedphe.com  
         Sindi   Mncina    on behalf of Creditor     OCWEN LOAN SERVICING LLC smncina@rascrane.com  
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                               TOTAL: 12