Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                            Case No.:  19−16820−CMG
                            Chapter:  13
                            Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   John Kievit
   aka John J. Kievit, Jr., aka John J. Kievit,
   dba JJK LLC
   1029 Midship Ave
   Manahawkin, NJ 08050−2339

Social Security No.:
   xxx−xx−2140

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 12/18/19.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

    This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: December 19, 2019
JAN: rms

                                                                                   Jeanne Naughton
                                                                                    Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                              Case No. 19-16820-CMG
John Kievit                                                                         Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3            User: admin              Page 1 of 3             Date Rcvd: Dec 19, 2019
                                Form ID: 148             Total Noticed: 58

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 21, 2019.
```
db              #John Kievit,    1029 Midship Ave,   Manahawkin, NJ 08050-2339
aty             +Phelan, Hallinan, Diamond & Jones,    400 Fellowship Rd Suite 100,   Mt. Laurel, NJ 08054-3437
cr              +American Choice Railings & Fencing,    5005 Belmar Blvd.,   Unit A-1,   Wall, NJ 07727-4019
cr              +OCWEN LOAN SERVICING LLC,    Phelan Hallinan &Schmieg, PC,   1617 JFK Boulevard,   Suite 1400,
                  Philadelphia, PA 19103-1814
518162126       ++AMERICAN HONDA FINANCE,   P O BOX 168088,   IRVING TX 75016-8088
                  (address filed with court: American Honda Finance,    1220 Old Alpharetta Rd,
                  Alpharetta, GA 30005-3968)
518162124        American Choice Railing,    5005 Belmar Blvd,   Wall Township, NJ 07727-4018
518162130        Bank of America,    4909 Savarese Cir,   Tampa, FL 33634-2413
518190190       +Bank of America, N.A.,    P O Box 982284,   El Paso, TX 79998-2284
518162135        Chrysler Capital,    1010 W Mockingbird Ln,   Dallas, TX 75247-5128
518163010       #Donna Kievit,    1029 Midship Ave,   Manahawkin, NJ 08050-2339
518275218       +Harley-Davidson Credit Corp.,    PO Box 9013,   Addison, Texas 75001-9013
518162139       +Health Village Imaging, LLC,    1301 Route 72 West, Suite 100,   Manahawkin, NJ 08050-2483
518162142        Kia Motors Finance,    4000 Macarthur Blvd Ste,   Newport Beach, CA 92660-2558
518162145        Phelan, Hallinan, Diamond & Jones,    400 Fellowship Rd,   Mount Laurel, NJ 08054-3437
518162147        Quality Asset Recovery,    7 Foster Ave Ste 101,   Gibbsboro, NJ 08026-1191
518162148        Santander Bank,    Mail Code: MA1-MB3-01-21,   2 William T Morrissey Blvd,
                  Boston, MA 02125-3312
518162149        Santander Bank NA,    450 Penn St,   Reading, PA 19602-1011
518191054       +Santander Bank, N.A.,    450 Penn Street,   MC 10-421-MC3,   Reading, PA 19602-1011
518162155        Td Rcs/Littman Jeweler,    1000 Macarthur Blvd,   Mahwah, NJ 07430-2035
518162156        Td Retail Card Services,    Attn: Bankruptcy,   1000 Macarthur Blvd,   Mahwah, NJ 07430-2035
518188765       +VNB Loan Services Inc.,    POB 1015,   Spring Valley, NY 10977-0815
518162157       +Valley National Bank,    1460 Valley Rd,   Wayne, NJ 07470-8494
518162160        Wf/fmg,   PO Box 14517,    Des Moines, IA 50306-3517
518162159        Wf/fmg,   Attn: Bankruptcy,    PO Box 51193,   Los Angeles, CA 90051-5493

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: usanj.njbankr@usdoj.gov Dec 20 2019 00:41:54    U.S. Attorney,   970 Broad St.,
                  Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 20 2019 00:41:50    United States Trustee,
                  Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                  Newark, NJ 07102-5235
lm              +Fax: 407-737-5634 Dec 20 2019 00:51:38    Ocwen Loan Servicing, LLC,   1661 Worthington Road,
                  Suite 100,   West Palm Beach, FL 33409-6493
cr              +EDI: CHRM.COM Dec 20 2019 05:03:00    Santander Consumer USA Inc. dba Chrvsler Capital a,
                  PO Box 961278,   Ft. Worth, TX 76161-0278
518162125        EDI: HNDA.COM Dec 20 2019 05:03:00    American Honda Finance,   Attn: Bankruptcy,
                  PO Box 168088,   Irving, TX 75016-8088
518162122        EDI: GMACFS.COM Dec 20 2019 05:03:00    Ally Financial,   Attn: Bankruptcy,   PO Box 380901,
                  Bloomington, MN 55438-0901
518162123        EDI: GMACFS.COM Dec 20 2019 05:03:00    Ally Financial,   200 Renaissance Ctr,
                  Detroit, MI 48243-1300
518162127        EDI: AIS.COM Dec 20 2019 05:03:00    American Infosource, Inc.,   4515 N Santa Fe Ave,
                  Oklahoma City, OK 73118-7901
518162131        EDI: BANKAMER.COM Dec 20 2019 05:03:00    Bank of America,   Attn: Bankruptcy,   PO Box 982238,
                  El Paso, TX 79998-2238
518162129        EDI: BANKAMER.COM Dec 20 2019 05:03:00    Bank of America,   PO Box 982238,
                  El Paso, TX 79998-2238
518162132        EDI: BANKAMER.COM Dec 20 2019 05:03:00    Bankamerica,   PO Box 982238,
                  El Paso, TX 79998-2238
518162128        EDI: BANKAMER.COM Dec 20 2019 05:03:00    Bank of America,   NC4-105-03-14,   PO Box 26012,
                  Greensboro, NC 27420-6012
518162133        EDI: CAPITALONE.COM Dec 20 2019 05:03:00    Capital One,   15000 Capital One Dr,
                  Richmond, VA 23238-1119
518193434       +EDI: CHRM.COM Dec 20 2019 05:03:00    CCAP Auto Lease Ltd.,   P.O. BOX 961275,
                  FORT WORTH, TX 76161-0275
518162134        EDI: CAPITALONE.COM Dec 20 2019 05:03:00    Capital One,
                  Attn: General Correspondence/Bankruptcy,   PO Box 30285,   Salt Lake City, UT 84130-0285
518162136       +EDI: CITICORP.COM Dec 20 2019 05:03:00    Citibank, NA,   701 E. 60 Street N,
                  Sioux Falls, SD 57104-0493
518162137        E-mail/Text: bankruptcy.notices@hdfsi.com Dec 20 2019 00:42:29    Esb/Harley Davidson Cr,
                  PO Box 21829,   Carson City, NV 89721-1829
518162138        E-mail/Text: bankruptcy.notices@hdfsi.com Dec 20 2019 00:42:29    Harley Davidson Financial,
                  Attention: Bankruptcy,   PO Box 22048,   Carson City, NV 89721-2048
518162141        EDI: FORD.COM Dec 20 2019 05:03:00    Kia Motors Finance,   PO Box 20825,
                  Fountain Valley, CA 92728-0825
518162143       +Fax: 407-737-5634 Dec 20 2019 00:51:38    Ocwen Loan,   1661 Worthington Rd,
                  West Palm Beach, FL 33409-6493
518162144        Fax: 407-737-5634 Dec 20 2019 00:51:38    Ocwen Loan Servicing, LLC,
                  Attn: Research/Bankruptcy,   1661 Worthington Rd Ste 100,   West Palm Beach, FL 33409-6493
```

```
District/off: 0312-3          User: admin              Page 2 of 3              Date Rcvd: Dec 19, 2019
                              Form ID: 148             Total Noticed: 58
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
518297546      EDI: PRA.COM Dec 20 2019 05:03:00      Portfolio Recovery Associates, LLC,   c/o Sleepys,
               POB 41067,    Norfolk VA 23541
518294416      EDI: PRA.COM Dec 20 2019 05:03:00      Portfolio Recovery Associates, LLC,   c/o The Home Depot,
               POB 41067,    Norfolk VA 23541
518162146      EDI: PRA.COM Dec 20 2019 05:03:00      Portfolio Recov Assoc,    120 Corporate Blvd Ste 100,
               Norfolk, VA   23502-4952
518162150      EDI: DRIV.COM Dec 20 2019 05:03:00     Santander Consumer USA,    5201 Rufe Snow Dr Ste 400,
               North Richland Hills, TX   76180-6036
518162151     +EDI: RMSC.COM Dec 20 2019 05:03:00     Syncb/banana Rep,    Po Box 965005,
               Orlando, FL 32896-5005
518162152      EDI: RMSC.COM Dec 20 2019 05:03:00     Syncb/sleepys,    C/o,    PO Box 965036,
               Orlando, FL   32896-5036
518162153      EDI: RMSC.COM Dec 20 2019 05:03:00     Synchrony Bank,    PO Box 530948,
               Atlanta, GA   30353-0948
518163708     +EDI: RMSC.COM Dec 20 2019 05:03:00     Synchrony Bank,    c/o of PRA Receivables Management, LLC,
               PO Box 41021,    Norfolk, VA 23541-1021
518162154      EDI: RMSC.COM Dec 20 2019 05:03:00     Synchrony Bank/Hh Gregg,    Attn: Bankruptcy,
               PO Box 965060,    Orlando, FL   32896-5060
518162158     +EDI: VERIZONCOMB.COM Dec 20 2019 05:03:00       Verizon,   500 Technology Dr Ste 30,
               Weldon Spring, MO 63304-2225
518281704     +EDI: AIS.COM Dec 20 2019 05:03:00      Verizon,    by American InfoSource as agent,
               4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
518272207      EDI: WFFC.COM Dec 20 2019 05:03:00     Wells Fargo Bank, N.A.,    PO Box 10438, MAC F8235-02F,
               Des Moines, IA 50306-0438
518162161      EDI: WFFC.COM Dec 20 2019 05:03:00     Wffnatbank,    PO Box 94498,    Las Vegas, NV   89193-4498
                                                                                                TOTAL: 34

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518162140    ##+Institute of Orthopaedic Surgery,    249 S Main St Ste 5,    Barnegat, NJ 08005-2369
                                                                                  TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 21, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 19, 2019 at the address(es) listed below:
```
              Albert   Russo    docs@russotrustee.com
              Aleisha Candace Jennings    on behalf of Creditor    OCWEN LOAN SERVICING LLC ajennings@rasflaw.com
              Andrew L. Spivack    on behalf of Creditor    OCWEN LOAN SERVICING LLC nj.bkecf@fedphe.com
              Daniel E. Straffi    on behalf of Debtor John  Kievit bkclient@straffilaw.com,
               G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com
              Denise E. Carlon    on behalf of Creditor    Harley-Davidson dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Harold N. Kaplan    on behalf of Creditor    OCWEN LOAN SERVICING LLC hkaplan@rasnj.com,
               informationathnk@aol.com
              John R. Morton, Jr.    on behalf of Creditor    Santander Consumer USA Inc. dba Chrysler Capital as
               servicer for CCAP Auto Lease Ltd. ecfmail@mortoncraig.com,   mortoncraigecf@gmail.com
```

```
District/off: 0312-3          User: admin              Page 3 of 3              Date Rcvd: Dec 19, 2019
                              Form ID: 148             Total Noticed: 58


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Kevin Gordon McDonald    on behalf of Creditor    Harley-Davidson kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Mark   Kriegel    on behalf of Creditor    American Choice Railings & Fencing mkriegel@kriegellaw.com
              Robert   Davidow    on behalf of Creditor    OCWEN LOAN SERVICING LLC nj.bkecf@fedphe.com
              Sindi   Mncina    on behalf of Creditor    OCWEN LOAN SERVICING LLC smncina@rascrane.com
              U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 12
```