| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>District of New Jersey<br><br>Albert Russo<br>CN 4853<br>Trenton, NJ  08650<br>(609) 587-6888<br>Standing Chapter 13 Trustee | **Order Filed on December 18, 2019<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In re:<br><br>John Kievit<br><br>Debtor(s) | Case No.: 19-16820 / CMG<br><br>Chapter: 13<br><br>Hearing Date: 12/18/2019<br><br>Judge:  Christine M. Gravelle |

### CHAPTER 13 STANDING TRUSTEE PRE-CONFIRMATION ORDER OF DISMISSAL

The relief set forth on the following page is **ORDERED**.

**DATED: December 18, 2019**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

The Court having determined that dismissal of this case is appropriate, it is hereby

ORDERED that the debtor's case is dismissed for:

- failure to file a feasible plan, income and/or budget statement
- failure to resolve Trustee and/or creditor objection

and it is further

ORDERED that:

Pursuant to 11 U.S.C. § 349(b), this court for cause retains jurisdiction over any application filed within 14 days of the date of this order by any administrative claimant for funds on hand with the Chapter 13 Standing Trustee.

The Chapter 13 Standing Trustee may pay the balance of the standard attorney fees to the debtor's counsel in the amount of $4,279.50 from available funds on hand received prior to dismissal.

Any funds held by the Chapter 13 Standing Trustee from payments made on account of the debtor's plan shall be disbursed to the debtor, less any applicable trustee fees and commissions, payments ordered for attorney fees, or any adequate protection payments due under the proposed plan, or by Court order.

Any *Order to Employer to Pay the Chapter 13 Trustee* that has been entered in this case is vacated, and the employer is ordered to cease wage withholding immediately.

All outstanding fees due to the Court are due and owing and must be paid within 7 days of the date of this order.

United States Bankruptcy Court
District of New Jersey

In re:  
John Kievit  
    Debtor

Case No. 19-16820-CMG  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 1      Date Rcvd: Dec 19, 2019  
                      Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 21, 2019.  
db          #John Kievit,    1029 Midship Ave,    Manahawkin, NJ   08050-2339

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                      TOTAL: 0

             ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                       TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 21, 2019                                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 19, 2019 at the address(es) listed below:

           Albert   Russo     docs@russotrustee.com  
           Aleisha Candace Jennings     on behalf of Creditor     OCWEN LOAN SERVICING LLC ajennings@rasflaw.com  
           Andrew L. Spivack     on behalf of Creditor     OCWEN LOAN SERVICING LLC nj.bkecf@fedphe.com  
           Daniel E. Straffi     on behalf of Debtor John  Kievit bkclient@straffilaw.com,  
     G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com  
           Denise E. Carlon     on behalf of Creditor     Harley-Davidson dcarlon@kmllawgroup.com,  
     bkgroup@kmllawgroup.com  
           Harold N. Kaplan     on behalf of Creditor     OCWEN LOAN SERVICING LLC hkaplan@rasnj.com,  
     informationathnk@aol.com  
           John R. Morton, Jr.     on behalf of Creditor     Santander Consumer USA Inc. dba Chrvsler Capital as  
     servicer for CCAP Auto Lease Ltd. ecfmail@mortoncraig.com,    mortoncraigecf@gmail.com  
           Kevin Gordon McDonald     on behalf of Creditor     Harley-Davidson kmcdonald@kmllawgroup.com,  
     bkgroup@kmllawgroup.com  
           Mark   Kriegel     on behalf of Creditor     American Choice Railings & Fencing mkriegel@kriegellaw.com  
           Robert   Davidow     on behalf of Creditor     OCWEN LOAN SERVICING LLC nj.bkecf@fedphe.com  
           Sindi   Mncina     on behalf of Creditor     OCWEN LOAN SERVICING LLC smncina@rascrane.com  
           U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                                           TOTAL: 12