Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                         Case No.: 19–16820–CMG
                         Chapter: 13
                         Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  John Kievit
  aka John J. Kievit, Jr., aka John J. Kievit,
  dba JJK LLC
  1029 Midship Ave
  Manahawkin, NJ 08050–2339

Social Security No.:
  xxx–xx–2140

Employer's Tax I.D. No.:

## FINAL DECREE

    The estate of the above named debtor(s) has been fully administered.

    If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

    ORDERED that Albert Russo is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>March 13, 2020</u>                <u>Christine M. Gravelle</u>
                                            Judge, United States Bankruptcy Court